LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
BYRON ROBERTSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BYRON ROSHAWN ROBERTSON,<br><br>    Defendant. | Case No.: 2:21-cr-129 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:      July 29, 2021<br>Time:      9:30 a.m.<br>Court:     Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Todd D. Leras on behalf of Defendant Byron Robertson, stipulate as follows:

1. This matter is presently set for an initial status conference on July 29, 2021. On July 22, 2021, the Court approved the request of Attorney Todd D. Leras to substitute into this case as counsel in place of Assistant Federal Defender Benjamin D. Galloway.

ORDER CONTINUING STATUS
CONFERENCE

2. This case involves a felon in possession of ammunition charge stemming from a traffic stop in Sacramento County.  Defendant appeared for arraignment on the charge contained in the Indictment on July 1, 2021.  The Sacramento Federal Defender's Office was appointed to represent Mr. Robertson.  The Federal Defender requested to set the initial status conference before this Court on July 29, 2021.  The government has provided written reports and other discovery information to the Federal Defender's Office.  The Federal Defender's Office is preparing those materials to be provided to substitute counsel.

3. Prior to requesting to substitute into the case in place of the Federal Defender's Office, Attorney Todd D. Leras met with Mr. Robertson at the Sacramento County Main Jail, where Mr. Robertson is being held in pre-trial detention.  The purpose of that meeting was, among other things, to review the charge in the Indictment and obtain Mr. Robertson's written consent to the substitution request.

4. Due to counsel's substitution request occurring exactly one week before the initial status conference, substitute defense counsel needs additional time to review the discovery, discuss potential defenses with Mr. Robertson, and to undertake defense investigation.  Defendant Robertson therefore requests to continue this matter to September 9, 2021.  The government does not oppose the request.

5. Given the need for additional time for discovery review and to conduct defense investigation, Defendant Robertson further requests to exclude time between July 29, 2021 and September 9, 2021, inclusive, under Local Code T-4.

6. Attorney Todd D. Leras represents and believes that failure to grant additional time as

ORDER CONTINUING STATUS CONFERENCE

requested would deny Defendant Robertson the reasonable time necessary for effective preparation, considering the exercise of due diligence.

7. Based on the above-stated facts, Defendant Robertson requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 29, 2021 to September 9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Robertson's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: July 23, 2021                                    PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                                        By    */s/ Todd D. Leras for*
                                                              JUSTIN LEE
                                                              Assistant United States Attorney

ORDER CONTINUING STATUS CONFERENCE

DATED:  July 23, 2021

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
BYRON ROBERTSON

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for July 29, 2021, is vacated. A new status conference is scheduled for **September 9, 2021, at 9:30 a.m.**  The Court further finds, based on the representations of the parties and Defendant Robertson's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 29, 2021, up to and including September 9, 2021.

IT IS SO ORDERED.

DATED:  July 26, 2021

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE