LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
BYRON ROBERTSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BYRON ROSHAWN ROBERTSON,<br><br>    Defendant. | Case No.: 2:21-cr-129 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     September 9, 2021<br>Time:     9:30 a.m.<br>Court:    Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Todd D. Leras on behalf of Defendant Byron Robertson, stipulate as follows:

1. This matter is presently set for a status conference on September 9, 2021.

2. This case involves a felon in possession of ammunition charge stemming from a traffic stop in Sacramento County.  The government has provided to the defense

ORDER CONTINUING STATUS CONFERENCE

discovery materials, including written reports, photographs, and data obtained from cell phone.

3. The parties are presently working toward a negotiated resolution of this case. Defense counsel is also conducting investigation into potential defenses and sentencing mitigation information. Defendant Robertson therefore requests to continue this matter to October 21, 2021. The government does not oppose the request.

4. Given the need for additional time for discovery review and to conduct defense investigation, Defendant Robertson further requests to exclude time between September 9, 2021 and October 21, 2021, inclusive, under Local Code T-4.

5. Attorney Todd D. Leras represents and believes that failure to grant additional time as requested would deny Defendant Robertson the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Robertson requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 9, 2021 to October 21, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Robertson's request on the basis that the ends of

ORDER CONTINUING STATUS CONFERENCE

justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  September 3, 2021          PHILLIP A. TALBERT
                                   Acting United States Attorney

                                   By     /s/ Todd D. Leras for
                                          JUSTIN LEE
                                          Assistant United States Attorney

DATED:  September 3, 2021

                                   By     /s/ Todd D. Leras
                                          TODD D. LERAS
                                          Attorney for Defendant
                                          BYRON ROBERTSON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for September 9, 2021, is vacated.  A new status conference is scheduled for October 21, 2021, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant Robertson's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 9, 2021, up to and including October 21, 2021.

IT IS SO ORDERED.

DATED: September 3, 2021

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE