LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
BYRON ROBERTSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BYRON ROSHAWN ROBERTSON,<br><br>　　　　Defendant. | Case No.: 2:21-cr-129 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　October 21, 2021<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Todd D. Leras on behalf of Defendant Byron Robertson, stipulate as follows:

　　1.　This matter is presently set for status conference on October 21, 2021. On July 22, 2021, the Court approved the request of Attorney Todd D. Leras to substitute into this case as counsel in place of former Assistant Federal Defender Benjamin D. Galloway.

ORDER CONTINUING STATUS
CONFERENCE

2. This case involves a felon in possession of ammunition charge stemming from a traffic stop in Sacramento County. The government has provided written reports and other discovery information to defense counsel. The parties are presently discussing potential resolution of the matter.

3. Mr. Robertson is detained in pre-trial custody at the Sacramento County Main Jail. Defense counsel needs additional time to review the discovery, discuss potential defenses with Mr. Robertson, and to undertake defense investigation, including potential sentence mitigation information. Defendant Robertson therefore requests to continue this matter to December 9, 2021. The government does not oppose the request.

4. Given the need for additional time for discovery review and to conduct defense investigation, Defendant Robertson further requests to exclude time between October 21, 2021 and December 9, 2021, inclusive, under Local Code T-4.

5. Attorney Todd D. Leras represents and believes that failure to grant additional time as requested would deny Defendant Robertson the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Robertson requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 21, 2021 to

ORDER CONTINUING STATUS CONFERENCE

December 9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Robertson's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  October 19, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By     */s/ Todd D. Leras for*
      JUSTIN LEE
      Assistant United States Attorney

DATED:  October 19, 2021

By     */s/ Todd D. Leras*
      TODD D. LERAS
      Attorney for Defendant
      BYRON ROBERTSON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for October 21, 2021, is vacated. A new status conference is scheduled for December 9, 2021, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Robertson's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 21, 2021, up to and including December 9, 2021.

IT IS SO ORDERED.

DATED:  October 19, 2021

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE