LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
BYRON ROBERTSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BYRON ROSHAWN ROBERTSON,<br><br>Defendant. | Case No.: 2:21-cr-129 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   December 9, 2021<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

Plaintiff United States of America by and through Assistant United States Attorney Justin Lee, and Attorney Todd D. Leras on behalf of Defendant Byron Robertson, stipulate as follows:

1. This matter is presently set for a status conference on December 9, 2021.

2. This case involves a felon in possession of ammunition charge stemming from a traffic stop in Sacramento County. The government has provided to the defense

ORDER CONTINUING STATUS
CONFERENCE

discovery materials, including written reports, photographs, and data obtained from cell phone.

3. The government recently provided the defense with a proposed negotiated resolution of this case. Defense counsel needs additional time to discuss the proposed settlement with Mr. Robertson. Defense counsel is also continuing investigation into potential defenses and sentencing mitigation information in the event of settlement of this matter. Defendant Robertson therefore requests to continue this matter to February 3, 2022. The government does not oppose the request.

4. Given the need for additional time for discovery review and to conduct defense investigation, Defendant Robertson further requests to exclude time between December 9, 2021 and February 3, 2022, inclusive, under Local Code T-4.

5. Attorney Todd D. Leras represents and believes that failure to grant additional time as requested would deny Defendant Robertson the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Robertson requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of December 9, 2021 to February 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance

ORDER CONTINUING STATUS CONFERENCE

granted by the Court at Defendant Robertson's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  December 4, 2021                PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        By    /s/ Todd D. Leras for
                                              JUSTIN LEE
                                              Assistant United States Attorney

DATED:  December 4, 2021

                                        By    /s/ Todd D. Leras
                                              TODD D. LERAS
                                              Attorney for Defendant
                                              BYRON ROBERTSON

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for December 9, 2021, is vacated. A new status conference is scheduled for February 3, 2022, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Robertson's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 9, 2021, up to and including February 3, 2022.

IT IS SO ORDERED.

DATED:  December 8, 2021

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE