LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
BYRON ROBERTSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BYRON ROSHAWN ROBERTSON,<br><br>　　　　　Defendant. | Case No.: 2:21-cr-0129 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:　Hon. Troy L. Nunley<br>Date:　May 19, 2022<br>Time:　9:30 a.m. |

　　　The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Justin Lee and Attorney Todd D. Leras on behalf of Defendant Byron Robertson, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from May 19, 2022 to August 18, 2022.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defense counsel and the assigned probation officer need additional time to complete Defendant's probation interview.  A quarantine of inmates at the Sacramento County Main Jail due to an outbreak of COVID-19 earlier this year delayed completion of the probation interview. The assigned probation officer has confirmed her availability on the requested date and the government does not oppose the request.  The government, defense counsel, and the probation officer propose adjustment of the previously set disclosure schedule as follows:

1. Draft Pre-Sentence Investigation Report Disclosure Date:  July 7, 2022;
2. Informal Objections to Draft Pre-Sentence Report:  July 21, 2022;
3. Final Pre-Sentence Report Date:   July 28, 2022;
4. Motion for Correction Date:  August 4, 2022; and
5. Reply Date:  August 11, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Justin Lee approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED:  May 5, 2022

By  */s/ Todd D. Leras for*
JUSTIN LEE
Assistant United States Attorney

DATED: May 5, 2022

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
BYRON ROBERTSON

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to August 18, 2022, at 9:30 a.m.  The Court adopts the modified Pre-Sentence Investigation Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED:  May 6, 2022

Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE